**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TROY RODDY,                                                                    PLAINTIFF
ADC # 103051

v.                               2:14CV00057-JM-JJV (LEAD)
                                 2:14CV00061-JM-JJV (CONSOL)

N. OBI; *et al.*                                                              DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants Becker, Chavis, Chu, Corizon, Inc., Harrell, Henderson, Hibbs, Hobbs, Hill, Kelley, Knudsen, Lachney, Mansfield, Morris, Person, Pittman, Sffhausurry, and Strickland are DISMISSED without prejudice due to Plaintiff's failure to state a claim upon which relief can be granted;

2.      Defendants Correctional Medical Services and Correct Care Solution are DISMISSED without prejudice as they are the same entity as Corizon, Inc.;

3.      Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 3) is DENIED as moot;

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of July, 2014.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE