**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TROY RODDY, ADC # 103051                                                                                    PLAINTIFF

v.                         2:14CV00057-JM-JJV (LEAD)
                           2:14CV00061-JM-JJV (CONSOL)

Correctional Medical Services; *et al.*                                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss for Failure to Prosecute (Doc. No. 32) is GRANTED.

2. Plaintiff's cause of action is DISMISSED without prejudice due to his failure to prosecute.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 1st day of May, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE